# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leslie C. Gates<br>    aka Leslie Carroll Gates<br>    aka Leslie Gates<br>    fdba A & L Logistics<br>    fdba Lebet Enterprises<br><br>              Debtor | BK NO. 19-00426 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Carrington Mortgage Services, LLC as servicer for Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates. and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ James C. Warmbrodt, Esquire**
                                    James C. Warmbrodt, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322